UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

In Re Mac Truong,

                      Appellant,

    -against-

Steven P. Kartzman,

                      Appellee.

------------------------------------ x

09 CV 2425

ORDER

GEORGE B. DANIELS, District Judge:

    ORDERED that the Appellant communicate with this Court, in writing, as to why this action should not be dismissed for failure to prosecute.

    IT IS FURTHER ORDERED that if this Court does not receive any communication from Appellant by December 23, 2009, showing good cause for failure to actively prosecute this appeal, the Court will dismiss the case.

Dated: November 23, 2009
       New York, New York

                                          SO ORDERED:

                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge